IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC. | : |
| Debtor | : 01-BK-01720 |
| | 01-AV-60200 |

| | |
|---|---|
| BROADBAND OFFICE, INC. | : |
| Plaintiff | : Civil Action No. 04-399 GMS |
| v. | : |
| DITTO COMMUNICATIONS TECHNOLOGIES, INC. | : |
| | : |
| Defendant | |
| | : |

**O R D E R**

WHEREAS, on June 21, 2004, an Order was issued withdrawing the reference of adversary proceeding (D.I. 1), and the case was assigned to the undersigned;

WHEREAS, on August 5, 2005, a Scheduling Order (D.I. 15) was issued and a 1-day bench trial was scheduled for March 15, 2006;

WHEREAS, on August 23, 2005, counsel for the defendant Ditto Communications Technologies, Inc., filed a motion for leave to withdraw as counsel (D.I. 16);

WHEREAS, after having considered defense counsel's motion to withdraw, the court concludes that withdrawal is appropriate; and

WHEREAS, "a corporation may appear in the federal courts only through licensed counsel"[1];

---

[1] *Rowland v. California Mens Colony*, 506 U.S. 194, 202 (1993); *Carefirst of Maryland, Inc. v. Care First Transportation, Inc.*, No. Civ. A. 02-229(MPT), 2002 WL 31500927, at * 3

IT IS HEREBY ORDERED that:

1. The Motion for Leave to Withdraw is GRANTED;

2. The defendant shall have 30 days from the date of this Order within which to obtain new counsel.

September 16, 2005                    /s/ Gregory M. Sleet
                                      UNITED STATES DISTRICT JUDGE

---

(D. Del. Nov. 1, 2002).