IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DITTO COMMUNICATIONS TECHNOLOGIES d/b/a DITTCOM TECHNOLOGIES,<br><br>    Defendant. | Civil No. 04-399 (GMS) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2006, I caused copies of the foregoing Plaintiff's Motion for Leave To File First Amended Complaint to be served via first-class mail, postage prepaid, upon:

> DITTO COMMUNICATIONS TECHNOLOGIES INC.
> ATTN:  DONALD W DITTO, PRESIDENT
> 205 BRUSHY CREEK RD
> CEDAR PARK , TX 78613
>
> DONALD W DITTO
> 205 BRUSHY CREEK RD
> CEDAR PARK , TX 78613

Dated: January 6, 2006
    Wilmington, Delaware

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware 19801
Telephone (302) 777-6500
Facsimile (302) 421-8390

*Attorney for Plaintiff, BBO Liquidation Corp.*

WL: #181724 v1 (3W7W01!.DOC)