IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BROADBAND OFFICE, INC.,

   Plaintiff,

v.

DITTO COMMUNICATIONS TECHNOLOGIES
d/b/a DITTCOM TECHNOLOGIES,

   Defendant.

Civil No. 04-399 (GMS)

## ORDER GRANTING PLAINTIFF
## LEAVE TO FILE FIRST AMENDED COMPLAINT

  UPON CONSIDERATION OF the Motion for Leave To File First Amended Complaint (the "Motion") filed by the plaintiff, BBO Liquidation Corp. ("Plaintiff"); the Court having determined that justice requires that leave be granted to the Plaintiff to amend its complaint as set forth in the Motion; now therefore it is hereby ORDERED as follows:

  1.  The Motion is GRANTED, and any objections thereto are overruled.

  2.  Leave is hereby granted for Plaintiff's filing of the First Amended Complaint for Avoidance of Prepetition Transfers (the "Amended Complaint") in substantially the form attached to the Motion as Exhibit 1, and the filing date of the Amended Complaint shall relate back to filing date of the original complaint. The defendants named therein shall plead in response to the Amended Complaint within the deadlines established by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

  3.  The caption appearing on the face of the Amended Complaint shall be used in connection with all pleadings hereafter filed in this adversary proceeding.

4.     The deadline for Plaintiff to serve process, including but not limited to a summons or alias summons, in this adversary proceeding is hereby extended through and including the later of March 31, 2006 and 30 days after entry of this order.

Dated: _Jan. 26, 2005_
     Wilmington, Delaware

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

WL: #181719 v1 (3W7R01!.DOC)