AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

BBO LIQUIDATION CORP, as sucessor-in-interest to BROADBAND OFFICE, INC.,
     Plaintiff,
   V.
DITTO COMMUNICATIONS TECHNOLOGIES INC. D/B/A DITTCOMM TECHNOLOGIES,

and

DONALD W. DITTO D/B/A DITTCOM TECHNOLOGIES,

     Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-399 (GMS)

TO: (Name and address of Defendant)

Donald Ditto
205 Brushy Creek Rd.
Cedar Park, TX   98613

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam Hiller, Esquire
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware 19801

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_(signature)_
(By) DEPUTY CLERK

DATE  1-27-06

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/27/2006 |
| NAME OF SERVER (PRINT) Adam Hiller | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via first-class mail postage prepaid, pursuant to Fed. R. Bank. P. 7004, directed to Donald W. Ditto, 205 Brushy Creek Rd., Cedar Park, TX 98613.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL —0— | SERVICES —0— | TOTAL —0— |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/27/2006           _____
                 Date                    Signature of Server

Pepper Hamilton, 1313 N Market St, suite 5100
Wilmington DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.