**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BBO LIQUIDATION CORP., as successor-in-interest to BROADBAND OFFICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DITTO COMMUNICATIONS TECHNOLOGIES INC. D/B/A DITTCOMM TECHNOLOGIES, <br><br> and <br><br> DONALD W. DITTO D/B/A DITTCOMM TECHNOLOGIES, <br><br> Defendants. | Chapter 11 <br><br> Case No. 01-1720 (BLS) <br><br><br><br><br> CIVIL CASE NO. 04-399 (GMS) |

**ENTRY OF DEFAULT**

DITTO COMMUNICATIONS TECHNOLOGIES INC. D/B/A DITTCOMM TECHNOLOGIES ("Ditto") having withdrawn the appearance of its counsel and not having entered its appearance by new counsel within 30 days as required by the scheduling order entered by the Court in this case, and DONALD W. DITTO D/B/A DITTCOMM TECHNOLOGIES ("Mr. Ditto" and together with Ditto, the "Defendants") having failed to file an answer to the First Amended Complaint by February 16, 2006, a default is entered against the Defendants as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Clerk of the Court
United States District Court
for the District of Delaware

#8907088 v1