IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BBO LIQUIDATION CORP., as successor-in-interest to BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DITTO COMMUNICATIONS TECHNOLOGIES INC. D/B/A DITTCOMM TECHNOLOGIES,<br><br>and<br><br>DONALD W. DITTO D/B/A DITTCOMM TECHNOLOGIES,<br><br>Defendants. | Chapter 11<br><br>Case No. 01-1720 (BLS)<br><br><br><br>CIVIL CASE NO. 04-399 (GMS) |

### AFFIDAVIT OF EVELYN J. MELTZER

STATE OF DELAWARE    )
                     )   TO WIT:
COUNTY OF NEW CASTLE )

Evelyn J. Meltzer, being over the age of eighteen years and having knowledge of the matters set forth herein, states:

1. I am an attorney for the plaintiff BBO Liquidation Corp. ("Plaintiff"), as successor-in-interest to BroadBand Office, Inc. ("BBO"), in the above-captioned civil action. My office is located at Pepper Hamilton LLP, 1313 Market Street, Suite 5100, Wilmington, Delaware 19801. I have personal knowledge of, and full capacity to testify about, the facts stated in this Affidavit. The facts stated herein are true and correct to the best of my knowledge.

2. According to the First Amended Complaint filed in this case, the amount due to Plaintiff by DITTO COMMUNICATIONS TECHNOLOGIES INC. D/B/A DITTCOMM

#8907088 v1

TECHNOLOGIES ("Ditto") and DONALD W. DITTO D/B/A DITTCOMM TECHNOLOGIES ("Mr. Ditto" and together with Ditto, the "Defendants") is the sum certain amount of $40,990.32.

     3.    Upon information and belief, the Defendants are not (a) infants, (b) incompetent persons, or (c) in the military service of the United States, any State or Territory thereof or its allies as defined in the Servicemembers Civil Relief Act.

I HEREBY CERTIFY UNDER PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____9/27/07_____       _____
Date                                 Evelyn J. Meltzer

SUBSCRIBED AND SWORN TO BEFORE ME on this 27 day of Sept, 2007.

_____
Notary Public

RITA T. BUXBAUM
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 26, 2008

#8907088 v1