IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BBO LIQUIDATION CORP., as successor-in-interest to BROADBAND OFFICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DITTO COMMUNICATIONS TECHNOLOGIES INC. D/B/A DITTCOMM TECHNOLOGIES, <br><br> and <br><br> DONALD W. DITTO D/B/A DITTCOMM TECHNOLOGIES, <br><br> Defendants. | Chapter 11 <br><br> Case No. 01-1720 (BLS) <br><br><br><br> CIVIL CASE NO. 04-399 (GMS) |

## JUDGMENT BY DEFAULT

Default was entered against DITTO COMMUNICATIONS TECHNOLOGIES INC. D/B/A DITTCOMM TECHNOLOGIES ("Ditto") and DONALD W. DITTO D/B/A DITTCOMM TECHNOLOGIES ("Mr. Ditto" and together with Ditto, the "Defendants") on _____, 2007.

The plaintiff has requested entry of judgment by default and has filed an affidavit of the amount due and stating the Defendants are not in the military service. Furthermore, it appears from the record that the Defendants are not infants or incompetent persons. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against the Defendants in favor of the plaintiff as follows: $40,840.32, plus costs in the amount of $150.00 for a total of $40,990.32.

#8907088 v1

 

_____
Clerk of the Court
United States District Court
for the District of Delaware

#8907088 v1