## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2007, I caused a copy of the foregoing **Request for Entry of Default by Clerk of the Court and for Entry of Judgment by Default Pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(A)(1)** to be served via first-class mail, postage pre-paid, upon Defendants as follows:

Donald W. Ditto
205 Bushy Creek Rd
Cedar Park, TX 98613

DITTO COMMUNICATIONS TECHNOLOGIES INC.
D/B/A DITTCOMM TECHNOLOGIES
Attn: President
205 Bushy Creek Rd
Cedar Park, TX 98613

      /s/ Evelyn J. Meltzer
      Evelyn J. Meltzer

#8907088 v1